**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date: February 16, 2011
Court Reporter:       Paul Zuckerman
Probation Officer:    Michelle Means

Criminal Action No.  10-cr-00282-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,              Matthew Kirsch

       Plaintiff,

v.

SCOTTIE J. EWING,                              Daniel Sears

       Defendant.

_____

**SENTENCING MINUTES**
_____

**11:15 a.m.      Court in session**.

Defendant present on bond.

The Court addresses the Plea Agreement.

Statements by counsel Sears and Kirsch.

The Court addresses documents reviewed.

**ORDER:**      The Court *sua sponte* **UNSEALS Doc. #20**.

**Change of Plea Hearing on September 16, 2010.  Defendant pled guilty to Count 1  of the
Information.**  The Court deferred acceptance of defendant's plea until today at sentencing.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing
Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #21**).  Argument by Mr. Kirsch.  The defendant
has no objection.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**      The Court accepts defendant's plea.

**ORDER:**      The Government's Motion for Downward Departure (**Doc. #21**) is **GRANTED.**

**ORDER:**      The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #25**) is **GRANTED.**

**ORERE:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Bond is exonerated upon entry of judgment.

**12:10 p.m.      Court in recess.**

Total Time:    55 minutes.
Hearing concluded.